In the Matter of SALEMBIER & VILLATE, INC., Respondent, *v.* PRUDENTIAL SILK HOSIERY COMPANY, Appellant.

(Submitted April 2, 1931; decided April 16, 1931.)

*Sidney S. Meyers* for appellant.

*Frank C. Fisher* and *Francis C. Reed* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.